*Timothy Brignole*, in opposition.

Decided March 2, 2000

STATE OF CONNECTICUT *v.* PAUL F. MILLER

The defendant's petition for certification for appeal from the Appellate Court, 56 Conn. App. 191 (AC 17160), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*William F. Gallagher* and *Thomas J. Airone*, in support of the petition.

*James M. Ralls*, assistant state's attorney, in opposition.

Decided March 2, 2000

STATE OF CONNECTICUT *v.* TODD BRANHAM

The defendant's petition for certification for appeal from the Appellate Court, 56 Conn. App. 395 (AC 18065), is denied.

*Jayne F. Kennedy*, assistant public defender, in support of the petition.

*Marjorie Allen Dauster*, assistant state's attorney, in opposition.

Decided March 2, 2000

ARNOLD L. BEIZER *v.* DEPARTMENT OF LABOR

The plaintiff's petition for certification for appeal from the Appellate Court, 56 Conn. App. 347 (AC 18242/ 18898), is denied.